

FILED
CLERK, U.S. DISTRICT COURT

JAN - 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN RUFF,<br><br>　　　　Defendant. | NO. 8:18-cr-00137-AG-JLS<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in Anaheim, CA pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

\\
\\
\\
\\

A. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's submission on the issue of detention; the defendant's failure to proffer any evidence to meet the defendant's burden on this issue; and the defendant's history of failures to appear;

and

B. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's submission on the issue of detention; the defendant's failure to proffer any evidence to meet the defendant's burden on this issue; and the defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: January 2, 2024

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE